Case 7:26-cv-04397-KMK Document 14 Filed 08/26/26 Page 1 of 1

Knuckles & Manfro LLP
225 Brae Blvd., Suite 101 | Park Ridge, NJ 07656
Tel (201) 391-0370 | eFax (201) 781-6744 | www.kkmllp.com

**Partners**
Mark R. Knuckles (1967-2026)
Jordan J. Manfro
Dolores Knuckles
John E. Brigandi
Louis A. Levithan

John E. Brigandi, Esq.
Partner
(201) 391-0370, 401
jeb@km-llp.com

August 26, 2026

*Via ECF*
Hon. Kenneth M. Karas, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: Contreras v. Loss Prevention Services, LLC, et al.
Case No.: 7:26-cv-04397

Dear Judge Karas,

This office represents Defendant Loss Prevention Services LLC. ("Defendant") in the above-referenced action. I am writing to respectfully request an adjournment of the Case Management Conference Your Honor has scheduled for September 8, 2026. (Dkt. 13) Unfortunately, I have a trial scheduled in Queens County Supreme Court that day, and it is expected to be a two-day trial. This is the first request for an adjournment, by either party, and I have received the consent of my adversary for the instant request.

The courts consideration is greatly appreciated.

Granted.

The conference is adjourned to 9/ 16 /26, at 12: 00

So Ordered.

8/26/26

Respectfully submitted,

/s/ John E. Brigandi
John E. Brigandi, Esq.